NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TERROL M. PRATHER,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

_____

2023-1452

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-14-0327-B-1.

_____

**JUDGMENT**

_____

JENNIE CATHRYNE BLAINE WATSON, Alan Lescht and Associates, PC, Washington, DC, argued for petitioner. Also represented by SAMUEL JONATHAN LEAKE BALLARD, ARI MICAH WILKENFELD.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (STOLL, CUNNINGHAM, *Circuit Judges*, and CECCHI, *District Judge*[1]).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]   Honorable Claire C. Cecchi, District Judge, United States District Court for the District of New Jersey, sitting by designation.